Thomas F. Meade, appellee, v. Joseph P. Geary et al., appellants. Gen. No. 28,232.

Judgment reversed and cause remanded, following McCarthy v. Geary, 229 Ill. App. 414. Appeal from the Circuit Court of Cook county; the Hon. Thomas G. Windes, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1922. Reversed and remanded. Opinion filed May 28, 1923.

Samuel A. Ettelson, Corporation Counsel, for appellants; Gilbert G. Ogden, Assistant Corporation Counsel, of counsel. A. D. Gash, for appellee.

Mr. Presiding Justice McSurely delivered the opinion of the court.

---

John Larson, appellee, v. Albert I. Appleton, appellant. Gen. No. 28,002.

Claim for commission for obtaining purchaser for real estate. Judgment for claimant. Appeal from the Municipal Court of Chicago; the Hon. Henry M. Walker, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1922. Affirmed. Opinion filed May 28, 1923. *Certiorari* denied by Supreme Court (making opinion final).

George W. Brown, for appellant. Fassett, Abbott & Hughes, for appellee; Eugene G. Fassett, of counsel.

Mr. Justice Johnston delivered the opinion of the court.

---

Isaac Elliason, appellant, v. Phillip Paskind, appellee. Gen. No. 28,084.

Suit for dissolution of mercantile partnership and for an accounting. Decree dissolving partnership and finding that profits amount to $7260.73. Appeal from the Circuit Court of Cook county; the Hon. Oscar M. Torrison, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1922. Affirmed. Opinion filed May 28, 1923.

Teller, Levit, Silvertrust & Levi and Fred S. Loomis, for appellant. Frisch & Frisch, for appellee; Morris Frisch and Douglas C. Gregg, of counsel.

Mr. Justice Johnston delivered the opinion of the court.

---

Silvos Frapolly, appellee, v. Morrison Hotel Company, appellant. Gen. No. 28,134.

Action to recover wages as waiter. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. R. B. Witcher, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1922. Affirmed. Opinion filed May 28, 1923.

Campbell & Fischer, for appellant. No appearance for appellee.

Mr. Justice Johnston delivered the opinion of the court.